IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

JOSEPH BUCKLEY as
ADMINISTRATOR OF THE
ESTATE OF ETHEL LEE BUCKLEY                                    PLAINTIFF

v.                                                  Civil No. 1:16-CV-378-HSO-JCG

CITRIN LAW FIRM, P.C.,
ELIZABETH A. CITRIN,
ANDREW T. CITRIN, and
SAMUEL McCLURKIN, IV                                          DEFENDANTS

## FINAL JUDGMENT

In accordance with the Court's Order entered October 10, 2017, granting the Motion [28] for Summary Judgment filed by Defendants Citrin Law Firm, P.C., Andrew Citrin, and Samuel McClurkin, IV; and granting the Motion [37] for Summary Judgment filed by Defendant Elizabeth Citrin,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, this civil action is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 10th day of October, 2017.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE